Robert L. Davis, Respondent, v. John L. Dodge, Appellant.— Motion to dismiss appeal granted, with costs, unless appeal is perfected and case regularly noticed for argument and placed on the next calendar; on compliance, motion denied, without costs. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Ada Dobson, Appellant, v. Henrietta Meyer, Respondent.— Motion to dismiss appeal granted, without costs. Present — Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ.

Federal Brewing Company, Appellant, v. James J. Ennis, Impleaded, Respondent.— Motion denied, with costs, and stay vacated. Present — Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ.

Emma Froehlich, as Administratrix, etc., Respondent, v. Interborough Rapid Transit Company, Appellant.— Motions denied. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

E. Gaston Higginbotham, Respondent, v. Hyman Halprin, Appellant.— Motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

House of Good Shepherd, Respondent, v. Candee & Krekeler Company, Appellant.— Motion denied, with costs. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of The Board of Education, etc., Relative to Acquiring Title to Lands Situated on Prospect Place and Park Place West of Nostrand Avenue, in the Twenty-fourth Ward, in the Borough of Brooklyn, in the City of New York.— Motion granted and proceedings referred to Sanders Shanks, Esq. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of George W. Cisney for Admission to the Bar. — Application granted. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of Acquiring Title by the City of New York to Certain Lands and Premises Situate on the Northeasterly Line of St. Marks Avenue, 200 Feet West of Classon Avenue, in the Borough of Brooklyn, in the City of New York, Duly Selected as a Site for School Purposes According to Law. (In the Matter of the Petition of Patrick Brosnan.) — Motion granted and proceedings referred to Samuel T. Maddox, Jr., Esq. Present — Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ.

George Hellen, Appellant, v. The Nassau Electric Railroad Company, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

In the Matter of the Application of William Sheafe Chase for the Revocation of the License of the Columbia Theatre, etc.— Motion granted, without costs, and appeal dismissed, without costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of the Judicial Settlement of the Accounts of Charles S. Collyer, as Administrator, etc., of Elizabeth Collyer, Deceased. In the Matter of the Motion of Henry M. Collyer, as Administrator, etc., of William Edwin Collyer, Deceased, Appellant, That Fanny Collyer, as Executrix, etc., of Charles S.